432 A.2d 255

Green, Appellant v. Green, Jr.

Argued April 14, 1980.  Sylvia Denys, for appellant.  No appearance entered on behalf of appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Appeal is quashed and case remanded to the court below for further proceedings.

432 A.2d 255

Mueller et ux., Appellants v. Brown et al.

Argued November 14, 1979.  Thomas P. Cole, II, for appellant; George A. Kotjarapoglus, for Brown, appellee; Rabe F. Marsh, III, for Equitable Gas, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

Order affirmed.